**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AEKTA BEN PATEL, on behalf of herself and all others similarly situated, | : | No. 09 Civ. 00093-BSJ-DFE |
| | : | ECF Case |
| Plaintiff, | : | |
| v. | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU, | : | |
| Defendants. | : | |
| HOSSEIN MOMENZADEH, on behalf of himself and all others similarly situated, | : | No. 09 Civ. 00161-CM-GWG |
| Plaintiff, | : | |
| v. | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU, | : | |
| Defendants. | : | |
| CYNTHIA FREEMAN, | : | No. 09 Civ. 00330-BSJ-DFE |
| Plaintiff, | : | |
| v. | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, G. RAMA RAJU, SRINIVAS VADLAMANI, and JOHN DOES 1-5, | : | |
| Defendants. | : | |

(*Captions continued on subsequent pages*)

**DECLARATION OF KEITH M. FLEISCHMAN IN SUPPORT OF THE GLOBAL INSTITUTIONAL INVESTORS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL AND <u>CONSOLIDATION OF ALL RELATED ACTIONS</u>**

| | | |
|---|---|---|
| NAVEEN CHANDER JEPU, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and SRINIVAS VADLAMANI,<br><br>          Defendants. | : : : : : : : : : : : : : | No. 09 Civ. 00337-BSJ-DFE |
| BERT H. STURGIS, II, on behalf of himself and all Others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, and B. RAMA RAJU,<br><br>          Defendants. | : : : : : : : : : : : : : | No. 09 Civ. 00361-BSJ-DFE |
| Larry R. Pennington, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and VADLAMANI SRINIVAS,<br><br>          Defendants. | : : : : : : : : : : : : : : | No. 09 Civ. 00386-BSJ-DFE |

| | | |
|---|---|---|
| JAMES HAMBLIN, on behalf of himself and all others similarly situated, | : | No. 09 Civ. 00489-VM-RLE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSE COOPERS INTERNATIONAL LIMITED, PRICEWATERHOUSE COOPERS PVT LTD., and PRICE WATERHOUSE, | : : : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |
| HILLEL RAYMON, Individually And On Behalf of All Others Similarly Situated, | : : | No. 09 Civ. 00512-BSJ-DFE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU JR., and VADLAMANI SRINIVAS, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |
| BRIAN FABER, Individually And On Behalf of All Others Similarly Situated, | : : | No. 09 Civ. 00569-LTS-HBP |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, and SRINIVAS VADLAMANI, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |

| | | |
|---|---|---|
| TAYLOR JAMROK, On Behalf of Himself and All Others Similarly Situated, | : | No. 09 Civ. 00655-BSJ-DFE |
| Plaintiff, | : | |
| v. | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, SRINIVAS VADLAMANI, PRICEWATERHOUSECOOPERS LLP, | : | |
| Defendants. | : | |
| WILLIAM M. HERBERT, JANET K. HERBERT and THE WILLIAM M. HERBERT IRA, on behalf of themselves and all others similarly situated, | : | No. 09 Civ. 01124-UA |
| Plaintiffs, | : | |
| v. | : | |
| SATYAM COMPUTER SERVICES LTD., B. RAMALINGA RAJU, B. RAMA RAJU, PRICEWATERHOUSE COOPERS INTERNATIONAL LIMITED, PRICEWATERHOUSE COOPERS PVT LTD., and PRICE WATERHOUSE, | : | |
| Defendants. | : | |

I, Keith M. Fleischman, declare as follows:

1.      I am a member in good standing of the bars of the State of New York and of this Court.  I am a director of the law firm of Grant & Eisenhofer P.A. ("Grant & Eisenhofer").  I submit this declaration in support of the motion filed by the Mississippi Public Employees' Retirement System ("Mississippi PERS"), Sampension KP Livsforsikring A/S ("Sampension"), and SKAGEN A/S ("SKAGEN," and, together with Mississippi and Sampension, the "Global Institutional Investors") for appointment as Lead Plaintiff, approval of their selection of Grant & Eisenhofer, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), and Barroway Topaz Kessler Meltzer & Check, LLP ("Barroway Topaz") to serve as Lead Counsel for the Class and for consolidation of all related actions.

2.      Attached as Exhibits A through J are true and correct copies of the following documents:

Exhibit A:   Certification of Mississippi PERS, with attached chart of Mississippi PERS's transactions;

Exhibit B:   Certification of Sampension, with attached chart of Sampension's transactions;

Exhibit C:   Certification of SKAGEN, with attached chart of SKAGEN's transactions;

Exhibit D:   Charts of the Global Institutional Investors' transactions and losses;

Exhibit E:   First notice of pendency of this class action;

Exhibit F:   Subsequent notice of pendency of this class action;

Exhibit G:   The Global Institutional Investors' Joint Declaration in Support of Their Motion for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel and Consolidation of All Related Actions;

Exhibit H:   Firm biography of Grant & Eisenhofer;

Exhibit I:   Firm biography of Bernstein Litowitz; and

      <u>Exhibit J</u>:      Firm biography of Barroway Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of March, 2009.

                                                  /s/    Keith M. Fleischman
                                                      Keith M. Fleischman